UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHEIK MUSTAFA MUHAMMAD EL-BEY, also known as Ellis Ray Peterson El-Bey and EMPRESS TALIBA EL-BEY, also known as Gretchen Ann Patterson El-Bey,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE OF NORTH CAROLINA; GREGORY A. WEEKS, Resident Superior Court Judge; and, ROBERT G. HICKS, Attorney for the State.<br><br>　　　　Defendants. | **JUDGMENT**<br><br>No. 5:11-CV-423-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on February 3, 2012, and for the reasons set forth more specifically therein, that plaintiffs' complaint is dismissed as frivolous. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 14, 2012, and Copies To:**

Sheik Mustafa Muhammad El-Bey and Empress Taliba El-Bey (via U.S. Mail)
at 1602 Gibson Street, Fayetteville, NC 28301.


February 14, 2012　　　　　　　　　DENNIS P. IAVARONE, CLERK
　　　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk